IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 5:16-CR- 108 (GTS) |
| | ) |
| JASON KOPP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Government Motion for A Waiver of Attorney-Client Privilege, and for good cause shown, it is hereby this ___4___ day of ~~March,~~ *April* 2019

ORDERED that the attorney-client privilege as it applies to attorney Randi J. Bianco, Esq., in relation to matters raised by Petitioner in his Motion to Vacate, Set Aside, or Correct Sentence, filed on March 7, 2019, pursuant to 28 U.S.C. § 2255 is waived; and it is further

ORDERED that attorney Randi J. Bianco, Esq. is authorized to provide the Government with an affidavit or affidavits regarding the claims that petitioner is raising in his motion, and to retrieve and provide government counsel with copies of the portions of her file that in any way address or relate to the allegations of ineffectiveness made by the petitioner, and to provide testimony at any evidentiary hearing in this matter, if one is later held.

Hon. Glenn T. Suddaby
Chief United States District Judge